Pennsylvania Manufacturers' Association Insurance Co., Appellant, *v.* Woychick, et al.

Argued December 3, 1974. *B. Todd Maguire,* with him *Harris, Johnston & Maguire,* for appellant; *John E. O'Connor,* with him *Flanagan, Doran, Biscontini & Shaffer,* for appellees.

Order affirmed.

VAN DER VOORT, J., absent.

Philadelphia to use of Tony DePaul and Son *v.* Magnolia Cemetery Company of Philadelphia, Appellant.

Argued December 3, 1974. *Robert Boyd, Jr.,* for appellant; *Harry P. Voldow,* for appellee.

Judgment affirmed.

VAN DER VOORT, J., absent.

Remington *v.* Remington, Appellant.

Argued December 5, 1974. *Lawrence E. Flick,* with him *James Conwell Welsh,* for appellant; *Hugh J. Hutchison,* for appellee.

Order affirmed; petition for reargument refused February 21, 1975.

VAN DER VOORT, J., absent.